NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEY LP, NKA MYLAN SPECIALTY, L.P., DEY INC.,**
*Plaintiffs-Appellees*

**v.**

**TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants-Appellants*

---

2014-1434

---

Appeal from the United States District Court for the Northern District of West Virginia in No. 1:09-cv-00087-IMK, Judge Irene M. Keeley.

---

**JUDGMENT**

---

EVAN CHESLER, Cravath Swaine & Moore LLP, New York, NY, argued for plaintiffs-appellees. Also represented by DAVID GREENWALD, DAVID R. MARRIOTT, ROGER BROOKS.

BRUCE M. GAGALA, Leydig, Voit & Mayer, Ltd, Chicago, IL, argued for defendants-appellants. Also represented

by DAVID RYAN VAN BUSKIRK, JEFFREY B. BURGAN; ELIZABETH CROMPTON, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, PLAGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 17, 2015                           /s/  Daniel  E.  O'Toole
        Date                                Daniel E. O'Toole
                                            Clerk of Court